# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARATEIX,<br><br>        Petitioner,<br><br>        v.<br><br>RONALD RACKLEY, Warden,<br><br>        Respondent. | NO. SACV 15-0795-FMO (JEM)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 28, 2015.

                                                /s/<br>                                    FERNANDO M. OLGUIN<br>                            UNITED STATES DISTRICT JUDGE